UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,

                                                       **ORDER**

                  -against-                     24-CR-467

SYED AMAN,

                 Defendant.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

The Court orders as follows to permit the defendant, who is proceeding *pro se*, to access a laptop computer at the Metropolitan Detention Center (MDC) to review discovery:

1. Standby counsel is authorized to procure, with Criminal Justice Act ("CJA") funds, a laptop computer (the "Computer"). Standby counsel shall ensure that the Computer is internet-disabled and password-protected.

2. Standby counsel shall deliver the Computer to the Government. The Government shall (a) ensure that the Computer is internet-disabled, and otherwise compatible with the MDC's security requirements; (b) load all non-Sensitive Discovery Material onto the Computer, *see* Protective Order ¶ 7, ECF No. 42; and (c) deliver the Computer to the MDC within five business days after receipt of it. The Computer shall be maintained in a location acceptable to Bureau of Prisons ("BoP") personnel.

3. The Defendant shall have access to the Computer in his cell during waking hours, for such period and at such times reasonably directed by BoP personnel. The defendant may not, however, take possession of any charging apparatus.

4. The defendant may use the Computer for the sole purpose of reviewing discovery and legal materials

that relate to his criminal case.  The defendant may share the contents of the Computer only with standby counsel, and no one else.  The defendant will forfeit his right under this Order to use the Computer should he violate any of these terms.

5.  No later than the conclusion of trial proceedings against the defendant in this Court, MDC authorities shall return the Computer to standby counsel.

SO ORDERED.


    /s/ Eric Komitee
ERIC KOMITEE
United States District Judge


Dated:    June 22, 2026
          Brooklyn, New York