UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,

                                                    **MEMORANDUM & ORDER**
                     -against-                      24-CR-467 (EK)

SYED AMAN,

                     Defendant.

-------------------------------------x
ERIC KOMITEE, United States District Judge:

        The government has asked to file its Classified

Procedures Act ("CIPA") Section 4 brief *ex parte* and under seal.

Gov't's Ltr., ECF No. 50.  The government also asks the Court

not to order a public filing of a redacted and unclassified

version of its brief.  *Id.*  Those requests are commonly granted,

as the many cases in the government's letter reveal.  *See, e.g.*,

*United States v. Lu*, 23-CR-316, ECF No. 79 (E.D.N.Y. Feb. 19,

2026).  Among other things, the judges permitting that course

have noted that any brief provided to the defendant would be so

heavily redacted as to be useless.  *See, e.g.*, *United States v.*

*Zazi*, 10-CR-60, 2011 WL 2532903, at *2 n.4 (E.D.N.Y. June 24,

2011) ("[D]eleting all references to non-discoverable classified

information would make the government's submission incoherent

and, thus, functionally useless to defense counsel.").

        Nevertheless, some courts have required the government

to provide the defendant with a redacted version of the brief.

*See* Gov't's Ltr. 3 n.1 (collecting examples).  That course is particularly appropriate here, because the defendant is proceeding *pro se.*  Absent the provision of a redacted filing to him, he would have very little idea what the government is doing.

The government's request to file its Section 4 brief *ex parte* and under seal is granted.  However, given the above discussion, the government is directed to file a redacted version of its Section 4 brief on the public docket by June 29, 2026.

SO ORDERED.

_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:    June 23, 2026
          Brooklyn, New York