UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA,

**MEMORANDUM & ORDER**
24-CR-467 (EK)

-against-

SYED AMAN,

Defendant.

-----------------------------------x

ERIC KOMITEE, United States District Judge:

For reasons to be set forth in a classified memorandum and order, the government's motion for a protective order is granted. The government will be authorized not to disclose the classified materials identified in its motion. The government is directed to complete the classification review of the Court's forthcoming classified memorandum and order by October 20, so that a redacted version of that order may be filed on the public docket and distributed to the defense before the next status conference.

The Classified Information Security Officer is respectfully directed to maintain securely the government's classified submissions, the transcripts of the *ex parte*, *in camera* hearings on May 28, August 10, and August 13, and the

forthcoming classified memorandum and order, and to make those materials available in the event of an appeal.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 5, 2026
Brooklyn, New York